# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHRISTOPHER GUEST,** and **SONJA GUEST, Husband and Wife**<br><br>Plaintiffs,<br><br>versus<br><br>**CSAA FIRE AND CASUALTY INSURANCE COMPANY, f/k/a AAA FIRE & CASUALTY INSURANCE COMPANY,**<br><br>Defendant. | Case No. 17-CV-502-JED-FHM |

## *JOINT STIPULATION OF DISMISSAL WITH PREJUDICE*

COMES NOW the Plaintiffs, **Christopher Guest and Sonja Guest**, and the Defendants, **CSAA Fire and Casualty Insurance Company, f/k/a AAA Fire & Casualty Insurance Company**, by and through the undersigned Counsel of record who hereby stipulate to dismissal of the above-styled action with prejudice to further refiling thereof. The parties would show the Court that an agreed and compromised settlement has been reached between the parties hereto and there remain no issues to be litigated herein.

Dated this 14th day of September, 2018.

                                                                                    Respectfully submitted,

                                                                                    *s/ J. Drew Houghton*
                                                                                     J. DREW HOUGHTON, OBA#18080
                                                                                     FOSHEE & YAFFE
                                                                                     P.O. Box 890550
                                                                                     Oklahoma City, OK   73189
                                                                                     Telephone: (405) 232-8080
                                                                                     Facsimile: (405) 601-1103
                                                                                     dhoughton@fylaw.com

-AND-

Larry E. Bache, Jr.
Florida State Bar No. 91304
MERLIN LAW GROUP
777 South Harbour Island Boulevard,
Suite 950
Tampa, Florida 33602
Telephone: 813-229-1000
Facsimile: 813-229-3692
Email: lbache@merlinlawgroup.com

**ATTORNEYS FOR PLAINTIFFS**


*s/ Gerard F. Pignato*
Gerard F. Pignato, OBA No. 11473
Benjamin M. McCaslin, OBA No. 32826
PIGNATO, COOPER, KOLKER & ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma    73102
Telephone:    405-606-3333
Facsimile:    405-606-3334
Email: jerry@pclaw.org; benjamin@pclaw.org

**ATTORNEYS FOR DEFENDANT**